AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| YOLANDA BOOKER, DARNELL EDWARDS, CHAASAHN HUGHES, and RAYSHAWN SHAW, individually and on behalf of themselves and all current and former employees,<br><br>*Plaintiff(s)*<br>v.<br>KFB & ASSOCIATES CONSULTING INC d.b.a FLAGGERS AHEAD, ELECNOR HAWKEYE LLC, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., KLAUS F. BROSCHEIT and VICKI BROSCHEIT,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:23-cv-10921 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher Q. Davis, Esq.
The Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, New York 10004
cdavis@workingsolutionsnyc.com
(646) 430-7930 (main)
(646) 349-2504 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/18/2023



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.  1:23-cv-10921                    Booker et al. v. KFB & Associates Consulting Inc et al.

TO: KFB & ASSOCIATES CONSULTING INC
    d.b.a. FLAGGERS AHEAD
    409 Lamberts Cove Road
    West Tisbury, Massachusetts 02575

    ELECNOR HAWKEYE LLC
    *[DOS Service of Process] – Elecnor Hawkeye, LLC*
    100 Marcus Boulevard, Suite 1
    Hauppauge, New York 11788

    CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
    *[DOS Service of Process] – Sylvia V. Dooley*
    4 Irving Place
    New York, New York 10003
    Attention: Law Department | Room 1850-S

    KLAUS F. BROSCHEIT
    409 Lamberts Cove Road
    West Tisbury, Massachusetts 02575
    [President of KFB & Associates Consulting, Inc.]

    VICKI BROSCHEIT
    409 Lamberts Cove Road
    West Tisbury, Massachusetts 02575
    [Secretary for KFB & Associates Consulting, Inc.]