|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/21/2024_ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDA BOOKER, DARNELL EDWARDS, CHAASAHN HUGHES, and RAYSHAWN SHAW, individually and on behalf of themselves and all current and former employees,

                     Plaintiffs,

-against-

KFB & ASSOCIATES CONSULTING INC. d.b.a. FLAGGERS AHEAD, ELECNOR HAWKEYE LLC, CONSOLITED EDISON COMPANY OF NEW YORK, INC., KLAUS F. BROSCHEIT and VICKI BROSCHEIT,

                     Defendants.

23 Civ. 10921 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan filed on February 20, 2024. *See* ECF No. 29-1. The Court shall not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 5; *see also id.* ¶ 7(a) (expert discovery shall be completed within 45 days of the close of fact discovery). In addition, the parties shall indicate whether they consent to conducting all further proceedings before a magistrate, and whether the case is to be tried to a jury. *Id.* ¶¶ 1–2.

      Accordingly, by **March 5, 2024**, the parties shall refile a revised proposed case management plan.

      SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                    _____
                                                          ANALISA TORRES
                                                  United States District Judge