```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDA BOOKER, DARNELL EDWARDS, CHAASAHN HUGHES, and RAYSHAWN SHAW, individually and on behalf of themselves and all current and former employees,

    Plaintiffs,

-against-

KFB & ASSOCIATES CONSULTING INC d.b.a FLAGGERS AHEAD, ELECNOR HAWKEYE LLC, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., KLAUS F. BROSCHEIT and VICKI BROSCHEIT,

    Defendants.

Case No. 1:23-cv-10921-AT

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

**WHEREAS,** Plaintiffs and Defendants KFB & Associates Consulting, Inc, Elecnor Hawkeye LLC, Klaus F. Broscheit and Vicki Broscheit (collectively, the "Parties," and individually, a "Party") have conferred regarding the mutual benefits of consolidating claims with the earlier filed matter of Latishia Williams, Marcelis Pena, and Miosotis Rodriguez vs. Defendant KFB & Associates Consulting, Inc, and Defendant Elecnor Hawkeye, LLC, New York Country Supreme Court Index No. 655155/2023 ("Williams Matter");

**WHEREAS,** Plaintiffs have decided to forgo claims against Con Edison for strategic and other reasons.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

The undersigned parties consent pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to voluntarily dismiss all claims in Plaintiffs' Amended Complaint against all Defendants without prejudice and without costs.

| | |
|---|---|
| THE LAW OFFICE OF<br>CHRISTOPHER Q. DAVIS PLLC | LITTLER MENDELSON, P.C. |
| By: _____<br>Christopher Q. Davis<br>80 Broad Street, Suite 703<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | By: /s/ Paul R. Piccigallo<br>Eli Z. Freedberg<br>Paul R. Piccigallo<br>900 Third Avenue<br>New York, NY 10022.3298<br>*Attorneys for Defendant Consolidated Edison Company of New York, Inc.* |

1

| | |
|---|---|
| LEVY GOLDENBERG LLP | COHEN SEGLIAS PALLAS GREENHALL & FURMAN |

By: _____  
    Andrew R. Goldenberg  
    75 Broad Street, Suite 2120  
    New York, NY 10004  
    *Attorneys for Defendant KFB &*  
    *Associates Consulting, Inc and*  
    *Individual Defendants*

By: _____  
    Jonathan Landesman, Esq.  
    Aislinn Sroczynski, Esq.  
    1600 Market Street-32nd Floor  
    Philadelphia, PA 19103  
    *Attorneys for Defendant Elecnor*  
    *Hawkeye*

Dated: New York, New York  
       May 28, 2024

SO ORDERED.  The Clerk of Court is respectfully directed to close the case.

Dated: June 25, 2024  
       New York, New York

_____  
ANALISA TORRES  
United States District Judge

2